David I. Dalby, Esq. SBN 114750
HINSHAW & CULBERTSON, LLP
1 California St 18th FL
San Francisco, CA 94111
Phone Number:  (415) 362-6000
Fax Number: (415) 834-9070

Renee Choy Ohlendorf (SBN: 263939)
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Telephone:   (310) 909-8000
Facsimile: (310) 909-8001

Attorneys for Defendants
Resurgent Capital Services L.P. and
LVNV Funding LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DISTRICT

| | |
|---|---|
| DONNA GARCIA,<br><br>         Plaintiff,<br><br>    v.<br><br>RESURGENT CAPITAL SERVICES L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C. aka BRACHFELD & ASSOCIATES, P.C. and DOES 1-10,<br><br>         Defendants. | Case No.:   CV11-01253 PSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT (L.R. 6-1)** ; ORDER<br><br>Complaint Filed: March 15, 2011<br>Complaint Served: March 28, 2011<br>Current Response Date: April 18, 2011<br>New Response Date: April 25, 2011 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff DONNA GARCIA and Defendants ("Resurgent") and LVNV FUNDING LLC ("LVNV"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 6-1, do hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on March 15, 2011;

**WHEREAS**, Plaintiff served the Summons and Complaint on Defendants on March 28, 2011;

**WHEREAS**, Defendants are to answer or otherwise plead on or before April 18, 2011;

**IT IS STIPULATED** that Defendants RESURGENT CAPITAL SERVICES L.P. and LVNV FUNDING LLC are hereby granted an extension of time of seven (7) days within which to answer or otherwise respond to Plaintiff's Complaint, or up to and including April 25, 2011.

DATED: April 18, 2011            HINSHAW & CULBERTSON LLP

                                 By:  *s/Renee Choy Ohlendorf, Esq.*
                                      Renee Choy Ohlendorf
                                      Attorneys for Defendants Resurgent Capital
                                      Services L.P. and LVNV Funding LLC

DATED: April 18, 2011

                                 By:  *s/Ronald Wicox, Esq*
                                      Ronald Wilcox
                                      Attorneys for Plaintiff
                                      Donna Garcia

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

# PROOF OF SERVICE

<u>*Donna Garcia v. Resurgent Capital Services L.P. et al.*</u>
Civil Action No. CV11-01253

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within actions.  My business address is 11601 Wilshire Boulevard, Suite 800, Los Angeles, CA 90025.

On **[[NOT AUTO DATE]]**_____, 2011, I served the document(s) entitled, *********, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE/MAILING LIST

[  ]  **BY MAIL**:  I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[  ]  **BY FACSIMILE TRANSMISSION**:   I caused a true copy thereof from sending facsimile machine telephone number (310) 909-8001 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[  ]  **VIA OVERNIGHT MAIL**:   I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for UPS.  On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

[  ]  **BY HAND DELIVERY**:   I delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

[  ]  **BY ELECTRONIC SERVICE**):   I caused such document(s) to be transmitted electronically to the e-mail address(es) of the person(s) set forth on the attached service list.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on _____, 2011, at Los Angeles, California.

_____
****

1
PROOF OF SERVICE

# **SERVICE/MAILING LIST**

## *Donna Garcia v. Resurgent Capital Services L.P. et al.*
### Civil Action No. CV11-01253

| | |
|---|---|
| Ronald Wilcox, Esq.<br>1900 The Alameda, Suite 530<br>San Jose, CA 95126<br>Tel:   (408) 296-0400<br>Fax:   (408) 296-0486<br>Email: | Attorneys for PLAINTIFF |