UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GARCIA, | No. C-11-1253 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR DISCOVERY (JOINT LETTER OF SEPTEMBER 23, 2011)** |
| RESURGENT CAPITAL SERVICES, LP, *et al.*, | |
| Defendants. | **(Docket No. 33)** |

Having reviewed the parties' joint letter of September 23, 2011, the Court hereby orders Defendants to respond to RPD #10 and INT #8. The documents and information therefrom shall be produced under protective order. The request to compel response to RPD #11 is denied.

This order disposes of Docket No. 33.

IT IS SO ORDERED.

Dated: October 4, 2011

_____
EDWARD M. CHEN
United States District Judge