**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    DONNA GARCIA,                             No. C-11-1253 EMC

9              Plaintiff,

10        v.                                   **ORDER RE: PLAINTIFF'S REQUEST
                                               FOR A CASE MANAGEMENT**
11   RESURGENT CAPITAL SERVICES, LP, *et*      **CONFERENCE AND MOTION TO**
     *al.*,                                    **ALTER OR AMEND JUDGMENT**
12
              Defendants.
13   _____/

14
          The Court is in receipt of Plaintiff's request for a case management conference and motion to
15
     alter or amend judgment.  Docket No. 42.
16
          The parties shall be available for a telephone conference call on Thursday, October, 20,
17
     2011, at 2:00 p.m., to discuss impending discovery disputes.
18
          As for Plaintiff's motion regarding the number of depositions permitted per side, the Court
19
     will permit the parties to use the full allotment of ten depositions per side under Fed. R. Civ. P. 30.
20
          This disposes of Docket No. 42.
21

22
          IT IS SO ORDERED.
23

24

25
     Dated:  October 17, 2011
26
                                               _____
27                                             EDWARD M. CHEN
                                               United States District Judge
28