UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA GARCIA,

        Plaintiff,

   v.

RESURGENT CAPITAL SERVICES, LP, *et al.*,

        Defendants.
_____/

No. C-11-1253 EMC

**ORDER RE: CASE MANAGEMENT CONFERENCE**

On October 20, 2011, the Court convened the parties by telephone to discuss discovery disputes raised by Plaintiff's letter to the Court. Docket No. 42. As noted during the conference call, the Court denies Defendant Brachfeld's request to stay discovery pending any forthcoming dispositive motions. The Court orders that the noticed depositions of the Brachfeld 30(b)(6) witness and of Betty Gonzales shall go forward as scheduled. However, the Court grants Defendant Brachfeld's motion for a protective order as to the deposition of Erica Brachfeld absent further showing of necessity from Plaintiff after the two depositions noted above have taken place.

*//*

*//*

*//*

*//*

*//*

*//*

The parties also raised a point of confusion from this Court's October 7, 2001 Minute Entry. Docket No. 39. The Court had stated: "Court ordered deposition notice, which includes notice to produce documents, to be reduced to 20 days." To clarify, the Court orders that notices to produce documents appended to deposition notices shall be reduced from 30 days to 20 days.

IT IS SO ORDERED.

Dated: October 20, 2011

_____
EDWARD M. CHEN
United States District Judge