UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GARCIA,<br><br>  Plaintiff(s),<br><br>  v.<br><br>RESURGENT CAPITAL SERVICES, LP, et al.,<br><br>  Defendant(s). | No. C11-1253 EMC (BZ)<br><br>**ORDER RE DOCUMENTS NEEDED IN ADVANCE OF HEARING** |

In advance of Monday's hearing, Plaintiff shall file a document containing the entire text of Request for Production No. 10 and Interrogatory No. 8.

Dated: November 4, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GARCIA V. RESURGENT CAPITAL\ORDER RE DOCS IN ADVANCE OF DISCOVERY HEARING.wpd