RONALD WILCOX, Bar No. 176601
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff

## U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DONNA GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES, L.P, LVNV FUNDING, LLC, and THE BRACHFELD LAW GROUP, P.C., <br><br> Defendant(s). | Case No.: **CV11-01253 EMC** <br><br> STIPULATION REGARDING SKYPE VIDEO DEPOSITIONS and [PROPOSED] ORDER |

Plaintiff, Donna Garcia, and Defendant, Brachfeld Law Group, P.C. hereby stipulate, the deposition of Betty Gonzalez currently noticed for October 31, 2011, and Brachfeld Law Group, P.C.'s corporate designee currently noticed for November 1, 2011, shall proceed as follows:

1. Defendant Brachfeld Law Group, P.C. will produce its corporate designee on November 1, 2011, at 8:30 a.m., and Betty Gonzalez later that same day.

2. The depositions may need to reconvene on November 2, 2011 if necessary.

3. The depositions can be conducted and recorded via Skype video and/or telephone. Plaintiff will provide Defendant a copy of the video recording(s) within 10 days.

STIPULATION REGARDING SKYPE VIDEO DEPOSITIONS and [PROPOSED] ORDER 1

4. All depositions in this case may be conducted and recorded via Skype videoconferencing.

Date: 10/25/11

/s/Ronald Wilcox
Ronald Wilcox

/s/Jon Birdt
Jon Birdt, Counsel for Defendant
Brachfeld Law Group, P.C.

[~~Proposed~~] ORDER

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date:

_____
**U.S. DISTRICT JUDGE**
**HON. EDWARD**

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION REGARDING SKYPE VIDEO DEPOSITIONS and [PROPOSED] ORDER 2