UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GARCIA,<br><br>    Plaintiff(s),<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, et al.,<br><br>    Defendant(s). | No. C11-1253 EMC (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Consistent with the views expressed by the court at the telephonic discovery conference held on December 12, 2011, it is hereby **ORDERED** as follows:

    1.    By **December 26, 2011**, the Brachfeld Law Group, PC ("Brachfeld") shall either file a motion for a protective order concerning whether it should be compelled to provide Plaintiff with copies of its tax returns for the purposes of verifying its net worth, or produce those records to Plaintiff. Any response to Brachfeld's motion shall be due by **January 10, 2012**. No reply brief is permitted.

    2.    By **December 20, 2011**, Brachfeld shall provide Plaintiff with updated interrogatory responses concerning the

1

last known contact information for Neil Wilson, Montaveros Palsey, Courtney, Palmer, Tracey Fox and Tyler.

3. Plaintiff is given leave to file a motion to compel financial statements of Defendants Resurgent and LVNV. Should Plaintiff choose to file a motion to compel, Plaintiff shall due so by **December 26, 2011**. Any response to Plaintiff's motion shall be due by **January 10, 2012**. No reply brief is permitted.

4. Plaintiff is permitted to serve upon Brachfeld an additional interrogatory regarding whether Erica Brachfeld discussed Brachfeld's verified interrogatory responses and initial disclosures with Betty Gonzalez. Plaintiff shall serve this interrogatory by **December 19, 2011**. Brachfeld's response shall be due by **January 2, 2011**.

Dated: December 12, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GARCIA V. RESURGENT CAPITAL\SECOND DISCOVERY ORDER.wpd