Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF DONNA GARCIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LLC,<br>LVNV FUNDINC, LLC, THE BRACHFELD<br>LAW GROUP P.C.,<br><br>    Defendants. | CIV. NO.  11-1253 EMC<br><br>**STIPULATION REGARDING TRANSUNION, LLC DEPOSITION and [PROPOSED] ORDER**<br><br>To the Honorable Edward M. Chen[1] |

Plaintiff has served Transunion, LLC to appear for its deposition on Friday, December 16, 2011. In light of the holidays, and complications in scheduling, Transunion, LLC seeks to continue the deposition to Friday, January 13, 2012, 12:00 noon California time.  Since the discovery deadline is December 30, 2011, the undersigned request the Court enter an order allowing this deposition to occur after December 30, 2011.  In the event the Court does not grant this stipulation by December 22, 2011, Transunion, LLC agrees to appear for its deposition on Thursday, December 29, 2011, at 2:00 p.m.

Dated: 12/15/11                                   _/s/ Ronald Wilcox_
                                                  Ronald Wilcox, Counsel for Plaintiff

Dated: 15 DEC 2011                                _/s/ Paul Sheldon_
                                                  Paul Sheldon, Counsel for Transunion, LLC

---

[1] The Hon. Bernard Zimmerman has indicated matters affecting the discovery deadline must be addressed to the Hon. Edward M. Chen.

- 1 -

STIPULATION REGARDING TRANSUNION, LLC DEPOSITION and [Proposed] ORDER

[Proposed] ORDER

The Court hereby adopts the stipulation above. The deposition of Transunion, LLC can occur after the December 30, 2011 discovery deadline. The Transunion, LLC, deposition is hereby continued to Friday, January 13, 2012.

Date: December 22, 2011

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE



STIPULATION REGARDING TRANSUNION, LLC DEPOSITION and [Proposed] ORDER