**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA GARCIA,

        Plaintiff,

    v.

RESURGENT CAPITAL SERVICES, L.P., *et al.*,

        Defendants.

_____/

Case No. C-11-1253 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Status Conference/Further Case Management Conference set for January 20, 2012, at 10:30 a.m. before District Judge Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, has been **re-set to January 20, 2012, at 3:00 p.m.**

Dated:  January 19, 2012

Richard W. Wieking, Clerk

By:     /s/  Leni Doyle     
            Leni Doyle
            Courtroom Deputy