Erica L. Brachfeld [SB# 180683]
Jonathan W. Birdt [SB# 183908]
Jbirdt@brachfeldcollections.com
**THE BRACHFELD LAW GROUP, P.C.**
880 Apollo St. Suite 155
El Segundo, CA 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867

Attorney for Defendant,
THE BRACHFELD LAW GROUP, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA, | Case No.: 3:11-cv-01253-EMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT THE STATUS CONFERENCE AND FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| RESURGENT CAPITAL SERVICES, L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C. a.k.a BRACHFELD & ASSOCIATES, P.C., and DOES 1-10. | |
| Defendant(s). | |

Upon Good Cause Showing, it is hereby ordered that Jon W. Birdt, counsel for Defendant, THE BRACHFELD LAW GROUP, P.C., shall appear telephonically at the Status Conference and Further Case Management Conference hearing scheduled for January 20, 2012 at 3:00 p.m. Defendant's counsel's telephone number is (818) 400-4485.

IT IS SO ORDERED.

Date: 1-19-12

By:_____
Hon. United States District Court Judge

ORDER
1