# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:**  January 20, 2012  **Time:** 3:25-3:43

**Case No. and Name:**  C11-1253 EMC  Garcia v. Resurgent Capital, et al.

**Attorneys:**  Paul Nathan and Ron Wilcox for Plaintiff
John Birdt for Defendant Brachfeld (phone)
Jon Meno for Defendant Resurgent

**Deputy Clerk:**  Betty Lee

## PROCEEDINGS:

- STATUS CONFERENCE

## SUMMARY:

- 6 full day jury trial has already been set for 6/11/12 at 8:30 a.m.  Parties are encouraged to contact Judge Zimmerman for further settlement conference.  If Judge Zimmerman is not available, parties shall contact this Court to set an emergency settlement conference with another magistrate judge.  Defendants' motion for summary judgment shall be heard on 3/23/12 at 1:30 p.m.  Plaintiff has elected to stand on her complaint (notwithstanding emergence of issue re: debt on freezer).