Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C.,<br><br>Defendants. | CIV. NO. 11-1253 EMC<br><br>**MOTION FOR ADMINISTRATIVE RELIEF REGARING BRIEFING SCHEDULE and [Proposed] ORDER**<br><br>HON. EDWARD CHEN |

Brachfeld Law Group, P.C., LVNV Funding, LLC and Resurgent Capital Services, LLP, have file Motions for Summary Judgment to be heard on March 23, 2012. Plaintiff respectfully requests the Court enter an order, consistent with the previous N.D. Cal. L.R., modifying the briefing schedule, in order to avoid prejudice.

I personally spoke with Jon Birdt last week and informed him my co-counsel was out of the country. The N.D. Cal. recently revised Local Rule 7-3 to require an opposition to be filed with 14 days of a motion. Thus, Brachfeld's motion was filed at a time when it was aware

**MOTION FOR ADMINISTRATIVE RELIEF REGARING BRIEFING SCHEDULE and [Proposed] ORDER**

- 1

Plaintiff's counsel was out of the country, thereby prejudicing Plaintiff.  Furthermore, the motion was not required to be filed until Friday, February 17, 2012, in order to satisfy the 35-day notice requirement. (Defendant's Motion for Summary Judgment failed to provide a required Notice, however Plaintiff is not challenging that in this Administrative Motion).

Before its revision the N.D. Cal. L.R. allowed the opposing party to file its opposition 21 days before the hearing.  Plaintiff simply requests the Court enter an order that Plaintiff shall file any opposition briefs on or before Friday, March 2, 2012, and Defendants shall file any reply briefs on or before March 9, 2012 (consistent with the Local Rules before the recent revision).

At approximately 9 a.m. this morning I personally spoke with Jon Birdt, counsel for Brachfeld Law Group, P.C. Mr. Birdt refused to stipulate to the briefing schedule Plaintiff requests.  However, Mr. Birdt did not allege there was any prejudice in the proposed briefing schedule.  I also attempted to speak with David Dalby, but learned he is out of the office today.

In light of the impending opposition due date (Thursday, February 23, 2012), I am brining this Motion for Administrative Relief now, in hopes that the Court will grant relief and thereby avoid the unfair prejudice that was created.

Respectfully,

Paul Nathan
Counsel for Plaintiff

[Proposed] ORDER

The Motion for Administrative Relief is hereby GRANTED.

**IT IS SO ORDERED.**

Date:

_____
Hon. Edward Chen
U.S. Distric Court Judge

**MOTION FOR ADMINISTRATIVE RELIEF REGARING BRIEFING SCHEDULE and [Proposed] ORDER**

- 2