Jonathan W. Birdt [SB# 183908]
Jbirdt@brachfeldcollections.com
**THE BRACHFELD LAW GROUP, P.C.**
880 Apollo St. Suite 155
El Segundo, CA 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867

Attorney for Defendant,
THE BRACHFELD LAW GROUP, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA, | ) Case No.: CV11-01253 |
| Plaintiff, | ) |
| vs. | ) OPPOSITION TO REQUEST FOR EX PARTE RELIEF |
| RESURGENT CAPITAL SERVICES, L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C. a.k.a BRACHFELD & ASSOCIATES, P.C., and DOES 1-10, | ) |
| Defendant | ) |

Counsel for Plaintiff offers no reason or legal basis for seeking more time other than a statement that one of the two attorneys for Plaintiff is or was out of town. The motion for Summary Judgment is very straightforward and delay would create prejudice because additional fees and trial preparation may unnecessarily be incurred as the matter could be submitted to the Court several weeks earlier under the current schedule.

OPPOSITION TO REQUEST FOR EX PARTE RELIEF    CV-11-01253          Page  1

The motion itself contains no surprises and addresses the single issue counsel have been discussing for months, Plaintiffs refusal to amend to identify the correct debt she now admits owing.  The hearing was scheduled during a Case Management conference  On January 25, 2012 During which Counsel for Plaintiff actually complained that the motion had not already been filed and Defendant sought to avoid having to file the motion by requesting Plaintiff simply amend to identify the correct debt.

    Plaintiffs' counsel offers no reason or explanation for why they can't comply with the current briefing schedule and further delay does prejudice both Defendants.

Date: February 17, 2012                          By: /s/ Jonathan W. Birdt
                                                         Jonathan W. Birdt, Esq.