Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>  Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C.,<br><br>  Defendants. | CIV. NO. 11-1253 EMC<br><br>**RONALD WILCOX DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (Doc# 79 and 80)**<br><br>HON. EDWARD CHEN<br><br>Date: March 23, 2012 |

I, Ronald Wilcox, declare:

1. I am an attorney duly licensed to practice in this district court and before all courts of the State of California. I am counsel for Plaintiff Donna Garcia.

2. I make this declaration in support of Opposition to Defendants' Motions for Summary Judgment (Docket #79 and 80). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

- 1 -

RONALD WILCOX DECLARATION IN SUPPORT OF OPPOSITION TO MOTIONS FOR SUMMARY JUDGEMENT

3. Attached is a true and correct copies of a portion of Brachfeld Law Group, P.C.'s Corporate Designee's (John Birdt) deposition transcript. **Exhibit 1**.

4. Attached is a true and correct copies of a portion of LVNV Funding LLC and Resurgent Capital Services, L.P. Corporate Desginee's (Jean Paul Torres) deposition transcript. **Exhibit 2**.

5. Attached is a true and correct copy of the State of Maryland's press release and cease and desist order to LVNV and Resurgent to cease collecting debts in the State of Maryland. **Exhibit 3**.

6. Attached is a true and correct copy if a New York Times article detailing lawsuits against Brachfeld for unlawful collection practices. **Exhibit 4**.

7. Attached is a true and correct copy of an article explaining California's efforts to change collections laws as a result of Brachfeld's unlawful collection practices towards a California senator. **Exhibit 5**.

8. Attached are true and correct copies of a portion of Plaintiff Donna Garcia's deposition transcript. **Exhibit 6**.

9. Attached are true and correct copies of a portion of Live Vox, Inc. Corporate Desginee's (Michael Leraris) deposition transcript. **Exhibit 7**.

10. Attached is a true and correct copy of documents Defendants produced in discovery, which are Brachfeld's collection logs, which they call their "paperless notes." **Exhibit 8**.

11. Attached are true and correct copies of collection agreement between Brahfeld Law Group, P.C. and Resurgent Capital Services, L.P. [*To be filed under seal*]. **Exhibit 9**.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on January 29, 2009.

/s/Ronald Wilcox
Ronald Wilcox

- 2 -

RONALD WILCOX DECLARATION IN SUPPORT OF OPPOSITION TO MOTIONS FOR SUMMARY JUDGEMENT