RONALD WILCOX, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

PAUL H. NATHAN, Esq., Bar No. 262697
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
Fax: (415) 341-1155
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>             Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C.,<br><br>             Defendants. | CIV. NO.  11-1253 EMC<br><br>**MOTION FOR ADMINISTRATIVE RELIEF REGARING FILING DOCUMENTS UNDER SEAL and [Proposed] ORDER**<br><br><br>HON. EDWARD CHEN |

Brachfeld Law Group, P.C., LVNV Funding, LLC and Resurgent Capital Services, LLP, have filed Motions for Summary Judgment (Docket #79 and 80) to be heard on March 23, 2012. Plaintiff respectfully requests the Court enter an order, consistent with the previous N.D. Cal. L.R., permitting plaintiff to file documents that accompany plaintiff's opposition to defendants' motion for summary judgment under seal.

Plaintiff's request to file documents under seal is narrowly tailored to seek

**MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL and [Proposed] ORDER**

- 1

sealing only of sealable material, and conforms with Civil L.R. 79-5(b) and/or (c). Plaintiff respectfully requests the Court seal selected portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

**More specifically, Plaintiff respectfully requests the Court seal all text from lines eighteen (18) through twenty eight (28) on page twenty two (22) and Line One (1) on page twenty three (23).**

The basis for this motion is the subject text refers to and contains excerpts from a document titled ""Network Collection Attorney Agreement", an attorney client agreement between defendants Brachfeld and LVNV. The referred text contains information pertaining to defendant Brachfeld's confidential internal collection policies, attached to Mr. Wilcox's declaration as **Exhibit 9**. Therefore, plaintiff also requests **Exhibit 9** to Wilcox's declaration be sealed.

Defendants have alleged these documents are confidential, and privileged, and protectable as a trade secret or otherwise entitled to protection under the law and, as a result, such excerpts are justified being closed to public view. Thus, Plaintiff has filed this herein motion.

Respectfully,

/S/

PAUL H. NATHAN
Counsel for Plaintiff

**MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL and [Proposed] ORDER**

[Proposed] ORDER

The Motion for Administrative Relief is hereby GRANTED.

**IT IS SO ORDERED.**

Date:

_____
Hon. Edward Chen
U.S. District Court Judge