Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C.,<br><br>        Defendants. | CIV. NO.  11-1253 EMC<br><br>**REQUEST FOR JUDICIAL NOTICE AND OPPOSITION TO OBJECTIONS TO EVIDENCE**<br><br>HON. EDWARD CHEN |

EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE AND MOTION TO ALTER OR AMEND JUDGMENT
- 1

1    Plaintiff respectfully requests the Court take judicial notice of **Exhibit 3,** attached to the

2    Declaration of Ronald Wilcox, in opposition to Defendants' Motions for Summary Judgment

3    (Docket #85-2).

4    The first page of **Exhibit 3** is a press release issued by the State of Maryland.  Courts

5    within the Ninth Circuit have taken judicial notice of press releases issued by State Attorney

6    General's Offices since they are a source whose accuracy cannot reasonably be questioned (*Culp*

7    *v. McGavic*, 2011 U.S. Dist. LEXIS 118999 (D. Or 2011):

8    
9       The article in *Willamette Week* contains selected quotations from a press release issued by
        Oregon Attorney General John Kroger. The court will exercise its discretion to take judicial
10      notice of the statements reported by the newspaper because the press release itself constitutes a
        source whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). The press
        release is available at http://www.doj.state.or.us/releases/2011/rel031711.shtml.

11

12   The press release issued by the State of Maryland Department of Labor, Licensing and

13   Regulation, is a similarly reliable government source.  The press release, which is the first page

14   of Exhibit 3, can be found at: http://www.dllr.state.md.us/whatsnews/lvnv.shtml

15   The remaining pages of **Exhibit 3** are the Summary Order to Cease and Desist and

16   Summary Suspension of Collection Agency Licenses, which was explained in the press release.

17   The Order can be found on the State of Maryland's website at:

18
19   http://www.dllr.state.md.us/finance/consumers/pdf/lvnvc&d.pdf

20   Pursuant to Fed. R. Civ. P. 201 the Court can take judicial notice of information on a

21   government entities website (*Davidson v. J.P. Morgan Chase, N.A.,* 2011 U.S. Dist. LEXIS

22   135573 (N.D. Cal. 2011):

23      The court takes judicial notice of the P&A Agreement, which is available on the FDIC's
        website, under Fed. R. Evid. 201. *See* Fed. R. Evid. 201 (courts may take judicial notice
24      of facts "capable of accurate and ready determination by resort to sources
        whose accuracy cannot reasonably be questioned").

25

EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE AND MOTION TO ALTER
OR AMEND JUDGMENT
- 2 -

Additionally, the Court can take judicial notice of orders and judgments. *Gates v. Asset Acceptance, LLC*, 2011 U.S. Dist. LEXIS 81189 (S.D. Cal. 2011):

> In support of its Motion, Asset requests that the Court take judicial notice of (1) the complaint filed in *Asset Acceptance v. Gates*, San Diego County Superior Court, Case No. 37-2009-00069393-CL-CL-EC, and (2) the judgment entered in *Asset Acceptance v. Gates*, San Diego County Superior Court, Case No. 37-2009-00069393-CL-CL-EC. The Court **GRANTS** the request for judicial notice, but only for purposes of noticing the existence of the San Diego County Superior Court lawsuit and the claims made therein. *See In re Bare Escentuals, Inc. Sec. Litig.*,745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010) ("[T]he court may take judicial notice of the existence of unrelated court documents, although it will not take judicial notice of such documents for the truth of the matter asserted therein.").

Furthermore, judicial notice may be taken of "adjudicative facts" such as court records existence and content. Rutter, Federal Civ. Pro. Before Trial, Calif. & 9th Cir. Editions, Ch. 14. Summary Judgment, E. Matters Constituting Proof, 4 [14:190] Judicial Notice; FRE 201.

Therefore, Plaintiff respectfully requests the Court grant this Request for Judicial Notice, and deny Defendants' objection to Exhibit 3 as evidence (Docket # 90).


Respectfully,

/s/Paul Nathan

Paul Nathan
Counsel for Plaintiff

EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE AND MOTION TO ALTER
OR AMEND JUDGMENT