# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** March 23, 2012  **Time:** 1:59 - 2:30
 **Court Reporter:** Belle Ball
 (415) 373-2529

**Case No. and Name:** C11-1253 EMC  Garcia v. Resurgent Capital, et al.

**Attorneys:** Ron Wilcox and Paul Nathan for Plaintiff
Jon Birdt for Defendant Brachfeld
David Daley for Defendant LVNV

**Deputy Clerk:** Betty Lee

## PROCEEDINGS:

- (1) Defendant Brachfeld's Motion for Summary Judgment #79
- (2) Defendant LVNV's Motion for Summary Judgment #80

## SUMMARY:

- Court took matter under submission and will issue order.  6-day jury trial is reset from 6/11/12 to 5/30/12 at 8:30 a.m.  Court to issue amended CMC order.