1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    DONNA GARCIA,                              No. C-11-1253 EMC

9            Plaintiff,

10        v.                                    **ORDER DISCHARGING ORDER TO
                                                SHOW CAUSE**
11   RESURGENT CAPITAL SERVICES, LP, *et
     al.*,
12
             Defendants.
13   _____/

14

15        On April 4, 2012, the Court issued an Order to Show Cause why Defendant's counsel should

16   not be sanctioned for making factual contentions without evidentiary support as required by Rule

17   11(b).  Docket No. 97.  Counsel has now provided the Court with a satisfactory Rule 11 basis for his

18   contention that "Brachfeld was hired to collect the consumer credit account opened by Plaintiff and

19   which she used to purchase the freezer, but never paid for it," Birdt Decl. ¶ 7, and his related

20   contentions at oral argument that Brachfeld's debt collection efforts stemmed from the freezer

21   purchase.  Docket No. 98.  Accordingly, the Court hereby **DISCHARGES** the Order to Show

22   Cause.

23

24        IT IS SO ORDERED.

25

26   Dated:  April 10, 2012

27                                              _____
                                                EDWARD M. CHEN
28                                              United States District Judge

*United States District Court*
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California