Ronald Wilcox, Bar No. 176601
**LAW OFFIC OF RONALD WILCOX**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
*A Professional Corporation*
540 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.341.1144
Facsimile:    415.341.1155
Electronic mail: paulnathan@nathanlawoffices.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>              Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL FINANCIAL SERVICES, INC., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C., et al.,<br><br>              Defendant(s). | Case No. 11-01253 EMC<br><br>**DECLARATION OF RONALD WILCOX IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER COMPELLING CORPORATE REPRESENTATIVE TO APPEAR AND TESTIFY AT TRIAL**<br><br>The Honorable Edward Chen |

I, RONALD WILCOX, declare,

   I am an attorney for plaintiff in this action and I have personal knowledge of each fact stated in this declaration.

   1. On March 23, 2012, Plaintiff first broached the subject of whether Defendants would produce Torres at trial. Declaration of Ronald Wilcox ("Wilcox Decl."), **Exhibit 1**. Defendants did not respond to this inquiry until April 11, 2012 and at that time did not give a clear answer but

DECLARATION OF RONALD WILCOX

instead stated that there may be a calendar conflict with having their representative present. Wilcox Decl. **Exhibit 2**.  Plaintiff's further email of April 11, 2012 went unanswered. Wilcox., Decl. **Exhibit 3**.

2. Defendant previously produced Jean Paul Torres as its corporate representative, at depositions pursuant to F.R.C.P. 30(b)(6), and provided testimony on November 9, 2011 and December 13, 2011, in this case regarding Defendant's collection practices and policies, the communications herein, the relationship between Resurgent/LVNV and Brachfeld, among other topics.

3. Defendant previously produced Jon Birdt as its corporate representative, at depositions pursuant to F.R.C.P. 30(b)(6), and provided testimony on November 1, 2011 in this case regarding Defendant's collection practices and policies, the communications herein, the relationship between Resurgent/LVNV and Brachfeld, among other topics.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 18, 2012                                         _____/S/_____
                                                              Ronald Wilcox

# EXHIBIT 1

**From:** Ronald WILCOX <ronaldwilcox@me.com>
**Subject:** Garcia v. LVNV, corporate representative
**Date:** March 23, 2012 4:52:50 PM PDT
**To:** David Dalby <ddalby@hinshawlaw.com>
**Bcc:** Paul Nathan <paulnathan@nathanlawoffices.com>

Hi David,

You had indicated you had to check with your client regarding whether trial could begin May 30, 2012.

Now that your client has agreed to that date I request that your client agree that its corporate representative, Jean Paul Torres, will be produced to testify at trial in Plaintiff's case in chief on May 31, 2012.

Thank you,

Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@me.com

# EXHIBIT 2

**From:** ddalby@hinshawlaw.com
**Subject:** Re: Garcia v. Resurgent/LVNV and Brachfeld, trial witness
**Date:** April 11, 2012 10:47:45 AM PDT
**To:** Ronald Wilcox <ronaldwilcox@me.com>

Ron,

I do not know at this time.

Among other considerations, Mr. Torres's wife is expecting their first child.


David Ian Dalby
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111

General 415-362-6000
Mobile  415-250-0910
Fax     415-834-9070

ddalby@hinshawlaw.com


Hi Dave,

Will Resurgent/LVNV's corporate representative, Jean Paul Torres, be produced to testify at trial in Plaintiff's case in chief on May 31, 2012?

Thanks,

Ronald Wilcox

Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@me.com

**Ronald Wilcox**
<ronaldwilcox@me.com>

04/10/2012 02:46 PM

To David Dalby <ddalby@hinshawlaw.com>
cc
Subject Garcia v. Resurgent/LVNV and Brachfeld, trial witness

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

# EXHIBIT 3

**From:** Ronald Wilcox <ronaldwilcox@me.com>
**Subject:** Re: Garcia v. Resurgent/LVNV and Brachfeld, trial witness
**Date:** April 11, 2012 11:09:51 AM PDT
**To:** ddalby@hinshawlaw.com
**Bcc:** Paul Nathan <paulnathan@nathanlawoffices.com>

Hi Dave,

Can we agree that in the event he cannot physically appear he will appear via Skype video?

Thank you,

Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@me.com


On Apr 11, 2012, at 10:47 AM, ddalby@hinshawlaw.com wrote:

> Ron,
>
> I do not know at this time.
>
> Among other considerations, Mr. Torres's wife is expecting their first child.
>
> David Ian Dalby
> Hinshaw & Culbertson LLP

One California Street, 18th Floor
San Francisco, CA 94111

General 415-362-6000
Mobile 415-250-0910
Fax 415-834-9070

ddalby@hinshawlaw.com

Hi Dave,

Will Resurgent/LVNV's corporate representative, Jean Paul Torres, be produced to testify at trial in Plaintiff's case in chief on May 31, 2012?

Thanks,

Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@me.com

**Ronald Wilcox**
<ronaldwilcox@me.com>

04/10/2012 02:46 PM

To David Dalby <ddalby@hinshawlaw.com>
cc
Subject Garcia v. Resurgent/LVNV and Brachfeld, trial witness

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.