Ronald Wilcox, Bar No. 176601
**LAW OFFIC OF RONALD WILCOX**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
*A Professional Corporation*
540 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.341.1144
Facsimile:    415.341.1155
Electronic mail: paulnathan@nathanlawoffices.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL FINANCIAL SERVICES, INC., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C., et al.,<br>　　　　　Defendant(s). | Case No. 11-01253 EMC<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFFS' DONNA GARCIA FOR ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION FOR ORDER COMPELLING CORPORATE REPRESENTATIVE TO APPEAR AND TESTIFY.**<br><br>The Honorable Edward Chen |

//

//

//

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS the Ex-Parte Application of Donna Garcia for an Order Shortening Time to Hear Plaintiff's Motion for Order Compelling Corporate Representatives to Appear and Testify (Docket# 100).

**The schedule shall be as follows:**

- Opposition to Plaintiff's motion to compel: Due Wednesday, April 25 2012.
- Reply Re: Plaintiff's motion to compel: Due Thursday, April 26, 2012.
- A hearing shall be held on: _____.

**IT IS SO ORDERED.**

Date:

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28