Ronald Wilcox, Bar No. 176601
**LAW OFFIC OF RONALD WILCOX**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
*A Professional Corporation*
540 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.341.1144
Facsimile:     415.341.1155
Electronic mail: paulnathan@nathanlawoffices.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>                              Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL FINANCIAL SERVICES, INC., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C., et al.,<br>                              Defendant(s). | Case No. 11-01253 EMC<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFFS' DONNA GARCIA FOR ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION FOR ORDER COMPELLING CORPORATE REPRESENTATIVE TO APPEAR AND TESTIFY.**<br><br>The Honorable Edward Chen |

//

//

//

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS the Ex-Parte Application of Donna Garcia for an Order Shortening Time to Hear Plaintiff's Motion for Order Compelling Corporate Representatives to Appear and Testify (Docket# 100).

**The schedule shall be as follows:**

- Opposition to Plaintiff's motion to compel: Due Wednesday, April 25 2012. (no later than 12:00 p.m.)
- ~~Reply Re: Plaintiff's motion to compel: Due Thursday, April 26, 2012.~~ No reply will be accepted
- ~~A hearing shall be held on~~: Court will rule on the papers.

**IT IS SO ORDERED.**

Date: April 23, 2012

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

2