Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul H. Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>　　　　Plaintiff,<br>vs.<br><br>RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C.,<br><br>　　　　Defendants. | CIV. NO. 11-1253 EMC<br><br>**STIPULATION REGARDING WITNESS JEAN PAUL TORRES TO APPEAR AT TRIAL and [Proposed] ORDER**<br><br>Trial Date: May 30, 2012<br><br>HON. EDWARD M. CHEN |

- 1 -

**THE PARTIES HEREBY STIPULATE:**

Defendants LVNV Funding L.L.C./Resurgent Capital Services, L.P. agree to produce Fed. R. Civ. P. 30(b)(6) corporate designee, Jean Paul-Torres, in person for Plaintiff's case in chief for the trial currently set for May 31, 2012.

*/s/ David Dalby* April 24, 2012
DAVID DALBY
Attorney for Defendant
LVNV/RESURGENT

*/s/ Ronald Wilcox*
~~PAUL H. NATHAN~~ Ronald Wilcox
Attorney for Plaintiff
DONNA GARCIA

### [Proposed] ORDER

The stipulation of the parties is adopted by the Court.

**IT IS SO ORDERED.**

DATE:

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT

- 2 -