Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul H. Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| DONNA GARCIA, | CIV. NO. 11-1253 EMC |
|---|---|
| Plaintiff, | STIPULATION REGARDING WITNESS JEAN PAUL TORRES TO APPEAR AT TRIAL and [Proposed] ORDER |
| vs. | |
| RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C., | Trial Date: May 30, 2012 |
| Defendants. | HON. EDWARD M. CHEN |

- 1 -

THE PARTIES HEREBY STIPULATE:

Defendants LVNV Funding L.L.C./Resurgent Capital Services, L.P. agree to produce Fed. R. Civ. P. 30(b)(6) corporate designee, Jean Paul-Torres, in person for Plaintiff's case in chief for the trial currently set for May 31, 2012.

_____ April 24, 2012
DAVID DALBY
Attorney for Defendant
LVNV/RESURGENT

_____ Ronald Wilcox
PAUL H. NATHAN
Attorney for Plaintiff
DONNA GARCIA

[Proposed] ORDER

The stipulation of the parties is adopted by the Court.  Jury selection is scheduled for May 30, 2012 at 8:30 a.m.

IT IS SO ORDERED.

DATE: April 26, 2012

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-