Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DONNA GARCIA,<br><br>Plaintiff,<br>vs.<br><br>RESURGENT CAPITAL L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C.,<br><br>Defendants. | CIV. NO. 11-1253 EMC<br><br>**MOTION FOR ADMINISTRATIVE RELIEF REQUESTING AN ORDER FOR DEFENDANT TO COMPLY WITH COURT'S PRE-TRIAL ORDER (Docket #95) and [Proposed] ORDER**<br><br>HON. EDWARD CHEN |

On March 6, 2012, this court issued a Second Amended Case Management and Pretrial Order, requiring the parties meet and confer in person on numerous pre-trial submissions. Plaintiff has made every attempt to comply with the Court's Order. However, Defendants have failed to do so.

On April 24, 2012, Plaintiff sent an email indicating counsel would be available to meet in person at Plaintiff's counsel's office in San Jose, CA, on Monday April 30, 2012 at 11 a.m.

**MOTION FOR ADMINISTRATIVE RELIEF REQUESTING AN ORDER FOR DEFENDANT TO COMPLY WITH COURT'S PRE-TRIAL ORDER (Docket #95) and [Proposed] ORDER**

- 1

(one Defendant is in Los Angeles and the other San Francisco, so Plaintiff's counsel chose a location in between),

On Friday afternoon of April 27, 2012, Brachfeld's counsel indicated he was not available until Thursday, May 3, 2012. However, that is two (2) days after the Pre-Trial submissions are due to the court. Resurgent did not indicate it would not appear for the in-person meet and confer session.

On April 30, 2012, at 11:00 a.m., neither Defendant appeared for the in-person meet and confer session. Plaintiff's counsel telephoned Resurgent's counsel, but was unable to reach him.

Plaintiff respectfully request's the Court issue an order requiring Defendants to comply with the Court's earlier pre-trial order and appear in person to meet and confer at Plaintiff's counsel's office, on Tuesday, May 1, 2012, in order for the parties to comply with this Court's earlier order.

Respectfully,

/s/Paul H. Nathan

Paul H. Nathan
Counsel for Plaintiff

## [Proposed] ORDER

Plaintiff's motion is granted.

Defendants are required to meet and confer in person with Plaintiff on _____ at Plaintiff's counsel's office in San Jose, CA.

**IT IS SO ORDERED.**

Date:

_____
Hon. Edward Chen
U.S. Distric Court Judge

**MOTION FOR ADMINISTRATIVE RELIEF REQUESTING AN ORDER FOR DEFENDANT TO COMPLY WITH COURT'S PRE-TRIAL ORDER (Docket #95) and [Proposed] ORDER**