Jonathan W. Birdt [SB# 183908]
Jbirdt@brachfeldcollections.com
**THE BRACHFELD LAW GROUP, P.C.**
880 Apollo St. Suite 155
El Segundo, CA 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867

Attorney for Defendant,
THE BRACHFELD LAW GROUP, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA, ) | Case No.: CV11-01253 |
| ) | |
| Plaintiff, ) | **RESPONSE TO EX PARTE** |
| ) | |
| vs. ) | |
| ) | |
| RESURGENT CAPITAL SERVICES, L.P., ) | |
| LVNV FUNDING, LLC, THE BRACHFELD ) | |
| LAW GROUP, P.C. a.k.a BRACHFELD & ) | |
| ASSOCIATES, P.C., and DOES 1-10, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

On March 26, 2012 this Court ordered the parties to meet and confer by 4/13/12 regarding the preparation and exchange of pre-trial materials. The parties did not address this deadline. In the past week the parties have circulated all pre-trial documents (except a proposed verdict, though the undersigned emailed Plaintiffs' counsel about that this morning) with comments to meet the filing

**RESPONSE TO EX PARTE**

1

deadline of tomorrow. Paragraph B7 of the order refers to an in-person meet and confer prior to April 13, 2012 to discuss exhibits, but Brachfeld has none.

As of this morning it appeared all pre-trial documents were completed and ready for final assembly and filing tomorrow, so the nature of the relief sought by this motion is unclear. By Plaintiffs own admission, they did not even seek to comply with the Court ordered meet and confer until 11 days after it was ordered to have taken place, but counsel for Brachfeld remains available to discuss any outstanding issues to complete the joint submission due tomorrow and has emailed Plaintiffs counsel comments and additions as required.

Date: April 24, 2012 Respectfully Submitted,

By: /s/ Jonathan W. Birdt
Jonathan W. Birdt, Esq. (SBN. 183908)

**RESPONSE TO EX PARTE**