**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | May 1, 2012 | **Time:** | 4:00 - 4:10 p.m. |

**Case No. and Name:**   C11-1253 EMC  Garcia v. Resurgent Capital, et al.

**Attorneys:**   Paul Nathan and Ron Wilcox for Plaintiff
John Birdt for Defendant Brachfeld
Jon Meno for Defendant Resurgent

**Deputy Clerk:**   Betty Lee

**PROCEEDINGS:**

- TELEPHONIC STATUS CONFERENCE

**SUMMARY:**

- The parties held a conference call with Court staff on 5/1/12 to discuss Plaintiff's motion for administrative relief requesting an in-person meet and confer according to the Court's case management order.  Docket No. 110.  Plaintiff's motion is granted.  Parties shall meet and confer in person on Monday 5/7/12 at 10:00 a.m., in Courtroom 5, 450 Golden Gate Ave., 17th Floor, San Francisco, CA.   Lead counsel for each party MUST attend in person.  The parties are directed to meet and confer in good faith and strictly comply with this Court's case management order, Docket No. 95.  The Court expects the parties to resolve the bulk of their objections, and warns the parties that any remaining frivolous objections may subject the parties to sanctions.  The pre-trial conference filing deadline is extended to Tuesday, 5/8/12, 4:00 p.m.