**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:**               May 2, 2012                    **Time:** 10:30 - 10:35 a.m.

**Case No. and Name:**        C11-1253 EMC  Garcia v. Resurgent Capital, et al.

**Attorneys:**            Paul Nathan and Ron Wilcox for Plaintiff
                    John Birdt for Defendant Brachfeld
                    Jon Meno for Defendant Resurgent

**Deputy Clerk:**         Betty Lee

**PROCEEDINGS:**

- Defendant Brachfeld's motion to quash #115

**SUMMARY:**

- Parties are directed to meet and confer re: Defendant Brachfeld's motion to quash (Docket No. 115).  Parties are to come to an agreement whereby Brachfeld can produce sufficient documentation of its net worth and Plaintiff can obtain any necessary information through Ms. Brachfeld's testimony, without the necessity of attendance by Brachfeld's accountant.  The Court will not require production of any additional tax returns absent a showing from Plaintiff that other documentation of Brachfeld's finances is clearly inadequate.

Parties shall address any further disputes on this issue to the Court via joint letter.