# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** May 7, 2012      **Time:** 12:08-12:15
**Court Reporter:** Joan Columbini
(415) 255-6842

**Case No. and Name:** C11-1253 EMC Garcia v. Resurgent Capital, et al.

**Attorneys:** Ron Wilcox and Paul Nathan for Plaintiff
Jon Birdt for Defendant Brachfeld
David Daley for Defendants LVNV and Resurgent

**Deputy Clerk:** Betty Lee

## PROCEEDINGS:

- Status Conference

## SUMMARY:

- Parties informed the Court that they have reached a settlement and will file a notice of settlement by Wednesday 5/9/12 (after settlement agreement is signed by all parties). Deadline for pretrial filing is reset from 5/8/12 to 5/10/12.