Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DONNA GARCIA, ) | CIV. NO. 11-1253 EMC |
| Plaintiff, ) | |
| ) | **NOTICE OF PENDING** |
| v. ) | **SETTLEMENT and** |
| ) | **[Proposed] ORDER** |
| LVNV FUNDINC, LLC, et al. ) | |
| Defendant. ) | |

Consistent with the discussion between the parties and the court, placed on the record on Tuesday, May 8, 2012, the parties have exchanged the signed document that detailed the settlement terms to be governed by the court.

Dated: 5/8/12

/s/Ronald Wilcox_____
Ronald Wilcox, Counsel for Plaintiff

## [Proposed] ORDER

Pursuant to the settlement terms approved by the Court on May 7, 2012, Defendants are ordered to make the initial payment called for in the settlement agreement by no later than June 7, 2012, and Plaintiff is hereby ordered to file a motion for reasonable attorney's fees and costs.

**IT IS SO ORDERED.**

_____
HON. EDWARD M. CHEN