Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DONNA GARCIA, ) | CIV. NO.  11-1253 EMC |
| Plaintiff, ) | |
| ) | **STIPULATION REGARDING** |
| v. ) | **BRIEFING SCHEDULE and [Proposed]** |
| ) | **ORDER** |
| LVNV FUNDINC, LLC, et al. ) | |
| ) | |
| ) | |
| Defendant. ) | |

   Brachfeld Law Group, P.C., LVNV Funding, LLC and Resurgent Capital Services, LLP, have file Motions for Summary Judgment to be heard on March 23, 2012.  The parties request the Court enter an order that Plaintiff shall file any opposition briefs on or before Friday, March 2, 2012, and Defendants shall file any reply briefs on or before March 9, 2012 (consistent with the Local Rules before the recent revision).

Dated: _____
                                            Paul Nathan, Counsel for Plaintiff

- 1 -

STIPULATION REGARDING BRIEFING SCHEDULE AND [Proposed] ORDER

- 2 -

Dated: _____
John Birdt, Counsel for Defendants
THE BRACHFELD LAW GROUP, P.C., a.k.a
BRACHFELD & ASSOCIATES, P.C.

Date: _____
David Dalby, Hinshaw & Culbertson
Counsel for Defendants LVNV Funding, LLC
and Resurgent Capital Services, L.P.

### [Proposed] ORDER

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date:

_____
**HON. EDWARD CHEN**
**U.S. DISTRICT JUDGE**