Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONNA GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LVNV FUNDINC, LLC, et al. ) <br> ) <br> ) <br> ) <br> Defendant. ) | CIV. NO. 11-1253 EMC <br><br> **STIPULATION RE DEADLINE TO FILE MOTION FOR ATTORNEYS FEES AND COSTS and [Proposed] ORDER** |

The parties hereby agree: Plaintiff shall have up until Friday, June 1, 2012, to file her motion for reasonable attorney's fees and costs.

Dated: 5/21/12 /s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

Dated: 5/21/12 /s/Jon Birdt
Jon Birdt, Counsel for Defendants
THE BRACHFELD LAW GROUP, P.C., a.k.a
BRACHFELD & ASSOCIATES, P.C.

- 1 -

STIPULATION REGARDING DEALINE TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS AND [Proposed] ORDER

1

2  Dated: 5/21/12                                          /s/David Dalby
                                                           David Dalby, Counsel for Defendants
3                                                          RESURGENT CAPITAL SERVICES, L.P. and
                                                           LVNV FUNDING, LLC
4

5
                                    **[Proposed] ORDER**
6

7

8      The Court hereby adopts the stipulation of the parties.

9

10     **IT IS SO ORDERED.**

11

12  Date: May 21, 2012

13
    _____
14  **HON. EDWARD CHEN**
    **U.S. DISTRICT JUDGE**
15

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

- 2 -

STIPULATION REGARDING DEALINE TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS AND [Proposed] ORDER