Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONNA GARCIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LVNV FUNDINC, LLC, et al. )<br>)<br>)<br>)<br>Defendant. )<br>) | CIV. NO. 11-1253 EMC<br><br>**SECOND STIPULATION RE DEADLINE TO FILE MOTION FOR ATTORNEYS FEES AND COSTS and [Proposed] ORDER** |

The parties would like to explore a possible resolution of this matter. The parties hereby agree: Plaintiff shall have up until Friday, June 8, 2012, 6 p.m., to file her motion for reasonable attorney's fees and costs.

Dated: 5/31/12  /s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

Dated: 5/31/12  /s/Jon Birdt
Jon Birdt, Counsel for Defendants
THE BRACHFELD LAW GROUP, P.C., a.k.a

- 1 -

STIPULATION REGARDING DEALINE TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS AND [Proposed] ORDER

| | |
|---|---|
| 1 | BRACHFELD & ASSOCIATES, P.C. |
| 2 | |
| 3  Dated: 5/31/12 | /s/David Dalby |
| 4 | David Dalby, Counsel for Defendants RESURGENT CAPITAL SERVICES, L.P. and LVNV FUNDING, LLC |

**[Proposed] ORDER**

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date:

_____
**HON. EDWARD CHEN**
**U.S. DISTRICT JUDGE**