Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONNA GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LVNV FUNDINC, LLC, et al. ) <br> ) <br> ) <br> Defendant. ) | CIV. NO. 11-1253 EMC <br><br> **SECOND STIPULATION RE DEADLINE TO FILE MOTION FOR ATTORNEYS FEES AND COSTS and [Proposed] ORDER** |

The parties would like to explore a possible resolution of this matter. The parties hereby agree: Plaintiff shall have up until Friday, June 8, 2012, 6 p.m., to file her motion for reasonable attorney's fees and costs.

Dated: 5/31/12                              /s/Ronald Wilcox
                                            Ronald Wilcox, Counsel for Plaintiff

Dated: 5/31/12                              /s/Jon Birdt
                                            Jon Birdt, Counsel for Defendants
                                            THE BRACHFELD LAW GROUP, P.C., a.k.a

- 1 -

STIPULATION REGARDING DEALINE TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS AND [Proposed] ORDER

BRACHFELD & ASSOCIATES, P.C.

Dated: 5/31/12

/s/David Dalby
David Dalby, Counsel for Defendants
RESURGENT CAPITAL SERVICES, L.P. and
LVNV FUNDING, LLC

## [Proposed] ORDER

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: May 31, 2012

_____
**HON. EDWARD CHEN**
**U.S. DISTRICT JUDGE**

*IT IS SO ORDERED*
*Judge Edward M. Chen*