1 | RONALD WILCOX: SBN: 176601
**LAW OFFICE OF RONALD WILCOX**
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
540 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.341.1144
Facsimile:    415.341.1155
Electronic mail: paulnathan@nathanlawoffices.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA<br>    Plaintiff,<br><br>        v.<br><br>BRACHFELD LAW GROUP, PC, et al.<br>    Defendants | Case No.: **11-1253 EMC**<br><br>**EXPERT DECLARATION OF DAVID J. BEAUVAIS IN SUPPORT OF APPLICATION FOR ATTORNEYS FEES**<br><br>**HON. EDWARD CHEN** |

I, David J. Beauvais, declare under penalty of perjury, under the laws of the State of California and the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I make this declaration of my own personal knowledge and if called as a witness, would testify competently to the matters stated herein.

2. **Background and Qualifications:** I hold a bachelors degree in political science from

American University in Washington D.C. and a Juris Doctorate degree from the University of the Pacific, McGeorge School of Law.

3. I have been licensed as an attorney in California since 1978. I am also admitted to practice in the United States District Courts for the Northern, Central and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit and the Supreme Court of the United States. I generally practice in the areas of civil rights, including family rights. Four of my earlier cases resulted in published opinions. *Moodian v. County of Alameda Social Services Agency*, 206 F.Supp.2d 1030 (N.D. Cal. 2002); *Rogers v. County of San Joaquin*, 487 F.3d 1288 (9th Cir. 2007); *Golin v. Allenby*, (2010) 190 Cal.App.4th 616; and *Norse v. City of Santa Cruz*, 629 F.3d 966 (9th Cir. 2010) (en banc). Last year, I wrote an amicus curiae brief in *Camreta v. Greene* (2011) 131 S.Ct 2020.

4. I have handled numerous civil rights, constitutional law and criminal trials and appeals over the past 33 years.

5. I have served as a judge pro tem of the Juvenile Court in Fresno.

6. In 2007, I lectured on the subject of the constitutional standards governing removal of children from their parents in cases of alleged abuse and neglect at a national civil rights seminar held annually at Georgetown University.

7. Articles about cases in which I served as lead counsel have been published in the New York Times, San Jose Mercury News, the Los Angeles Times and the San Francisco Chronicle, among others.

8. I have assisted numerous civil rights matters that have included attorney fees applications.

9. **Current Rate:** My current hourly rate for legal services is $500.

10. I am familiar with the hourly rates for what litigation attorneys charge in the San Francisco

Bay Area by attorneys with experience, skill, and reputation similar to that of Paul H. Nathan. My familiarity with such rates derives from my knowledge of the billing practices of private law firms in the San Francisco Bay Area and from my own experience in billing clients in civil rights litigation cases.

1. The market rate in the San Francisco Bay Area for state and federal litigation of civil rights issues that are similar in difficulty and complexity to the issues herein is a range extending from $225 to $500+ per hour, depending on the skill, experience and reputation of the attorney.

2. Based on my personal experience and comments from others in the legal community, I believe that Paul H. Nathan hourly rate of $300 is entirely fair and reasonable, given his experience, qualifications and expertise in the representation of consumers in debtor-creditor litigation.

3. In the San Francisco Bay Area it is customary for lawyers to itemize and bill their clients separately, in addition to their regular hourly rate, for expert witness fees, court reporter fees, long distance telephone calls, on-line research charges, copying and facsimile costs, postage and delivery charges, and travel costs, including mileage, tolls, and parking.

4. I am familiar with Mr. Nathan's legal ability and work product as he is one of my co-counsel on the complex civil rights case titled *Golin v. Allenby, et al.* San Mateo Superior Court Case No.: CIV 507159. $300 per hour for Mr. Nathan's time is what he bills on *Golin*.

5. I am not being paid to submit this Declaration. I am not related to any of the parties in this action and I have no financial interest in the outcome of this case.

Executed at Oakland, California on June 6 2012.

1                      /s/ David J. Beauvais
David J. Beauvais (SBN 84275)
Attorney at Law
409 13th St 20th Fl
Oakland, CA 94612