1  DAVID I. DALBY (SBN: 114750)
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, CA 94111
3  Telephone:   415-362-6000
   Facsimile:    415-834-9070
4  ddalby@hinshawlaw.com

5  Attorneys for Defendants
6  RESURGENT CAPITAL SERVICES
   L.P., LVNV FUNDING, LLC
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 DONNA GARCIA                    )   Case No.:  11cv-01253 EMC
                                   )
13         Plaintiff,              )   **STIPULATION CONTINUING THE**
                                   )   **HEARING OF PLAINTIFF'S MOTION**
14     vs.                         )   **FOR ATTORNEY'S FEES AND COST;**
                                   )   **[PROPOSED] ORDER**
15 RESURGENT CAPITAL SERVICES L.P., )
16 LVNV FUNDING, LLC, THE          )
   BRACHFELD LAW GROUP, P.C. a.k.a. )
17 BRACHFELD & ASSOCIATES, P.C. and )   **HON. EDWARD M. CHEN**
   DOES 1-10,                      )
18                                 )
19         Defendants.             )   Trial: Vacated
                                   )

20

21     Whereas plaintiff Donna Garcia filed a motion for an award of attorney's fees and

22 costs on Thursday, June 7, 2012 scheduling the date of the hearing on the motion for

23 Friday, July 13, 2012, and, Whereas counsel for defendants Resurgent Capital Services

24 LP and LVNV Funding, LLC has a preexisting hearing scheduled on July 13, 2012 in the

25 Los Angeles County Superior Court, pursuant to the United States District Court for the

26 Northern District of California Local Rules, Rules 5-4, 6-2,and 7-12, by and through their

27

28

                                    1

1  respective counsel, the parties hereby stipulate that the hearing on plaintiff's motion for

2  attorney's fees and costs is continued to Friday, July 27 at 1:30 p.m.

3      The parties have not previously requested a continuance of the pending motion for

4  an award of attorney's fees and costs and there are no other hearings, deadlines or events

5  scheduled in this case.

6      IT IS SO STIPULATED

7  Dated: June 8, 2012                    HINSHAW & CULBERTSON LLP

8

9                                         /s/David Ian Dalby
                                          Attorneys for Defendant Resurgent Capital
10                                        Services, LP and LVNV Funding LLC

11 Dated: June 8, 2012                    BRACHFELD LAW GROUP P.C.

12

13                                        /s/ Jon Birdt
                                          Attorneys for Defendant Brachfeld Law
14                                        Group P.C.

15 Dated: June 8, 2012                    RONALD WILCOX, ESQ.

16

17                                        /s/ Ronald Wilcox
                                          Attorney for Plaintiff Donna Garcia

18

    PURSUANT TO STIPULATION, IT IS SO ORDERED
19

20 Dated: _____      _____
                                JUDGE OF THE SUPERIOR COURT
21

22

23

24

25

26

27

28
                                    2

**DECLARATION OF DAVID IAN DALBY**

I, David Ian Dalby declare,

1.      I am an attorney licensed to practice in the State of California and I am admitted to practice before this court.  I have personal knowledge of the facts recited in this declaration and could competently testify thereto if called upon to do.

2.      On Thursday, June 7, 2012, plaintiff filed a motion for an award of attorney's fees and costs, scheduling the hearing on the motion for Friday, July 13, 2012.

3.      I am the attorney for Lifeforce Cryobank Sciences, Inc. in two law suits pending in the Los Angeles County Superior Court, *Hidalgo v. Kazi Foods, Inc.,et al*, Case No. BC 450323 and *McCoy v. Syed Raheel, et al.* Case No. BC 461679.  There is a long scheduled hearing date in those two cases on July 13, 2012 to address the latest round of attacks on the plaintiffs' respected amended complaints in those actions and an award of attorneys to fees to defendants, including Lifeforce.

4.      On Friday, June 8, 2012, I contacted plaintiff Donna Garcia's attorney, Ronald Wilcox, and requested that he stipulate to a continuance of the July 13, 2012 hearing on the motion for an award of attorney's fees and costs in view of the conflict in my schedule.  Mr. Wilcox agreed to do so.

5.      I am also counsel for Sioux Honey Association, Cooperative in *Brod v. Sioux Honey Association, Cooperative,*  U.S.D.C., N. Cal., Case No. CV 12 12645 EMC. There is currently pending a motion to dismiss plaintiff Brod's first amended complaint by Sioux Honey Association which is scheduled to be heard on Friday, July 20, 2012.

6.      The parties have not previously requested a continuance of the pending motion to for an award of attorney's fees and costs, and there are no other hearings, deadlines or events scheduled in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 8, 2012                    */s/ David Ian Dalby*

3146453  0922519