Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

_____
DONNA GARCIA,                                       )
                                                                      )   CIV. NO.  11-CV-01253 EMC
                Plaintiff,                                       )
                                                                      )   **PLAINTIFF'S REQUEST TO APPEAR**
         v.                                                        )   **VIA TELEPHONE and [Proposed] ORDER**
                                                                      )
RESURGENT CAPITAL SERVICES, L.P., )
LVNV FUNDING, LLC, BRACHFELD   )
LAW GROUP, P.C.                                    )
                                                                      )
                Defendant.                                    )
_____)

    In order to accommodate Defendants' schedule, Plaintiff's motion for attorney's fees and costs was continued to Friday, July 27, 2012. Both of Plaintiff's counsel will be out of state on that date. However, Mr. Wilcox can be available to attend via telephone. Therefore, Plaintiff respectfully requests to be allowed to appear via telephone.

Dated: 7/10/12

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

- 2 -

## [Proposed] ORDER

Plaintiff shall be allowed to attend the hearing on Plaintiff's attorney's fees and costs via telephone.

**IT IS SO ORDERED.**

Date:

_____
**HON. EDWARD CHEN
U.S. DISTRICT JUDGE**