Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Henry Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONNA GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RESURGENT CAPITAL SERVICES, L.P., ) <br> LVNV FUNDING, LLC, BRACHFELD ) <br> LAW GROUP, P.C. ) <br> ) <br> Defendant. ) <br> ) | CIV. NO. 11-1253 EMC <br><br> **WITHDRAWAL OF REQUEST TO APPEAR VIA TELEPHONE** |

The Court has rescheduled the July 26, 2012 hearing on attorney's fees and costs to July 31, 2012. Plaintiff's counsel has altered travel plans in order to appear in person and hereby withdraws the earlier request to appear via telephone.

Respectfully,

Dated: 7/17/12

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

- 1 -