**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:**  July 31, 2012   **Time:** 1:35-1:47
  **Court Reporter:** Lydia Zinn (415) 531-6587

**Case No. and Name:**  C11-1253 EMC Garcia v. Resurgent Capital, et al.

**Attorneys:**  Ron Wilcox for Plaintiff
 David Dalby for Defendants

**Deputy Clerk:**  Betty Lee

**PROCEEDINGS:**

- Plaintiff's motion for attorney fees #129

**SUMMARY:**

Court took matter under submission and will issue order.  Further CMC has already been set for 9/28/12 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 9/21/12.