Ronald Wilcox, Esq., State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Paul Nathan, Esq., Bar No. 262697
The Law Offices of Paul Nathan, P.C.
540 Pacific Ave.,
San Francisco, CA
Tel: (415) 341-1144
paulnathan@nathanlawoffices.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA GARCIA, | CIV. NO.  11-1253 EMC |
| Plaintiff, | [Proposed] JUDGMENT |
| v. | |
| RESURGENT CAPITAL SERVICES L.P., LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, P.C., | HON. EDWARD CHEN |
| Defendants. | |

For the reasons stated in the August 30, 2010 order awarding attorney's fees and costs (Docket #149), the Court hereby enters Judgment for Plaintiff and against Defendants Resurgent Capital Services, L.P., LVNV Funding, LLC, and The Brachfeld Law Group, P.C. in the amount of $213,606.65.

**IT IS SO ORDERED.**

Date:

_____
Hon. Edward Chen, U.S. District Court Judge

**[Proposed] JUDGMENT**

- 1 -